## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

MARIANN JOHANSEN-ELLIS,

     Plaintiff,                                  Case No.: 1:25-cv-15564

v.                                            Judge Virginia M. Kendall

THE PARTNERSHIPS AND UNINCORPORATED      Magistrate Judge M. David Weisman
ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",

     Defendants.

## NOTICE OF DISMISSAL

     Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary

Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the

Complaint:

| NO. | DEFENDANT |
|---|---|
| 2 | Ryson-us |
| 6 | TAOMYTA -US ★ ★ ★ ★ (7-14 Days Fast Delivery) |
| 7 | Backange |
| 8 | New Blossom |
| 9 | NEWBLOSSOM |
| 16 | ZORNE |
| 17 | Chaozhenh |
| 19 | OpportunityVV |
| 21 | HarmonyHue Shop |
| 22 | CozyCollectives |
| 23 | ChaiMao |

| 24 | Pulse Garb |
|----|------------|
| 25 | Lanikraft  |

DATED:  February 6, 2026

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt
FL Bar No. 1036084/IL Bar No. 6207971
Keith A. Vogt PLLC
1820 NE 163rd Street, Suite #306
North Miami Beach, Florida 33162
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on February 6, 2026 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt